**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -                          15cr632 (JGK)

**JOSE HEBERTO ALVAREZ DENIS,**         **ORDER**

          **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant. The Court will provide a copy of the docket sheet in this case. The defendant is reminded not to send letters to the Court without sending copies to the Government. Chambers will mail a copy of this order to the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 19, 2020**                       /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                     **United States District Judge**

Jose Heberto Alvarez-Denis
ReG. No: 62211-054
Low Security Correctional Institution
Allenwood
P.O. Box 1000
White Deer, PA 17887

May 6, 2020

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

RE: United States v. Jose Heberto Alvarez-Denis
15-Cr-00632

Please be advised that I, José Heberto Alvarez-Denis, am Respectfully Requesting Copies of the above Reference case Docket. Thank you in Advance for your consideration and concern with this matter...

Very Truly Yours,

ALVAREZ, JOSE HEBER
Jose Heberto Alvarez-Denis
ReG. No: 62211-054

INMATE NAME/NUMBER: Jose Heberto Alvarez-Denis #62211-0[...]
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

"Legal Mail"

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

USMP3
SDNY

