**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                      15-cr-632 (JGK)

**JOSE HEBERTO ALVAREZ DENIS,**            <u>**ORDER**</u>

           Defendant.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant has filed a motion for compassionate release, attached here. The Government should respond by June 24, 2020. The defendant may reply by July 6, 2020. Chambers will mail a copy of this order to the defendant.

**SO ORDERED.**

**Dated:**    New York, New York
            June 10, 2020                    /s/ John G. Koeltl
                                                   John G. Koeltl
                                          **United States District Judge**

José Heberto Alvarez Denis
Reg#: 62211-054
Low Security Correctional Institution
Allenwood
P.O. Box 1000
White Deer, PA 17887

May 26, 2020

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. José Heberto Alvarez Denis; 15-Cr-00632-(JGK-1)

Dear Judge Koeltl:

Please Accept this Letter in Lieu of a more informal motion for an Application For Compassionate Release, requesting a Sentence of time served or immediate release to home confinement pursuant to 18 U.S.C. § 3582(c)(1)(A), 4205(g), and passage of the "Cares Act" of 2020, The Act Amended 18 U.S.C § 3642(c)(2), To allow inmates to Home Confinement for an unlimited period of time, for inmate who have Covid-19 Risk Factors as established by the CDC.

Having now Exhausted All Administrative Remedies (see, Exhibit enclosed) based on a combination of Circumstances including the Covid-19 Pandemic, and Particularly the increase Risk to Petitioner if Petitioner remains in Prison while the Pandemic has stroke the facility of Allenwood Medium and the Penentertiary where it has taken life in both places, and now can easily

Be knocking at the Allenwood Low facility Low where this Virus could seriously Bring death unto Petitioner.

Petitioner Humbly and Respectfully believes that due to the above mentioned matter is eligible for immediate release to Home Confinement because of the COVID-19 Risk Factor where it has taken already a couple of life from the neighbor Facility and probably knocking on Allenwood Low if not already visiting but because of no Virus Exam has not yet been detected.

Petitioner is also Requesting that the Honorable Court if necessary for further submission Grant Petitioner a Defense counsel.

Very Truly Yours,

ALVAREZ Jose H
Jose Heberto Alvarez Denis
Reg#: 62211-054

ALVAREZ, Denis
Register No.: 62211-054
Brady A
Page 1

## Inmate Request to Staff Response

This is in response to your correspondence to staff wherein you request to be released to Home Confinement.

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the BOP to place inmates on home confinement for a longer term under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.

After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for home confinement placement. You have a detainer and you have served less than 50 percent of your sentence.

6MAY2020
Date

D. K. White
Warden

INMATE NAME/NUMBER: José Heberto Alvarez Denis: Reg # 62241-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

Legal Mail

USPS

HARRISBURG PA 171
23 MAY 2020 PM 2 L

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007