UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE HEBERTO ALVAREZ DENIS,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

15-cr-632 (JGK)
19-cv-8773 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should respond to the petition for time credit by May 24, 2021. The defendant may reply by June 11, 2021.

SO ORDERED.

Dated: New York, New York
       May 7, 2021

                                      John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-2021