UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JOSE HEBERTO ALVAREZ DENIS,

           Defendant.

15-cr-632 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The Government is directed to respond to defendant's motion for reconsideration (ECF No. 98) by June 3, 2022. The Clerk is directed to mail a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated: May 19, 2022
      New York, New York

                                     John G. Koeltl
                             United States District Judge