UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —                           15-cr-632 (JGK)

JOSE HEBERTO ALVAREZ DENIS,           ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

By Order dated May 20, 2022, the Court directed the Government to respond to the defendant's motion for reconsideration (ECF No. 98) by June 3, 2022. The Government has not yet filed any opposition. The time for the Government to file its opposition is extended to June 17, 2022. If the Government fails to file an opposition by that date, the defendant's motion will be decided on the current papers.

The Clerk is directed to mail a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated:  New York, New York
       June 8, 2022

                                        _____
                                        John G. Koeltl
                                     United States District Judge