UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -　　　　　　　　　　15-cr-632 (JGK)

JOSE HEBERTO ALVAREZ DENIS,　　　　ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant may file a reply in support of his motion for reconsideration by July 8, 2022.

    The Clerk is directed to mail a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated:　　New York, New York
　　　　　June 14, 2022

                                     John G. Koeltl
                            United States District Judge