**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

      - **against** -

**JOSE HEBERTO ALVAREZ DENIS,**

                **Defendant.**
───────────────────────────────

**15-cr-632 (JGK)**

**ORDER**

**JOHN G. KOELTL, United States District Judge:**

The Government should respond to the defendant's motion for compassionate release (ECF No. 112) by **September 6, 2023.** The defendant should file a reply within **14 days** of his receipt of the Government's response.

Because the defendant is proceeding pro se with respect to this motion, the Clerk is directed to mail a copy of this Order to the address on the defendant's submission and to note such mailing on the docket. The defendant's address is below:

      Alvarez Denis, J.H. (62211-054)
      FCI Fort Dix, PO Box 2000
      Fort Dix, NJ 08640

**SO ORDERED.**

**Dated: August 21, 2023**
      **New York, New York**

                              /s/ John G. Koeltl
                              **John G. Koeltl**
                       **United States District Judge**