UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,                   15-cr-632 (JGK)

                                            ORDER
        - against -

JOSE HEBERTO ALVAREZ DENIS,

                Defendant.
---

**JOHN G. KOELTL, District Judge:**

    The Court appoints Aaron Mysliwiec, pursuant to the Criminal Justice Act, to represent the above-named defendant, for purposes of determining whether the defendant qualifies for a reduction in his sentence under Amendment 821 of the Sentencing Guidelines.

    Defense Counsel should make a submission by **January 16, 2024.**

**SO ORDERED.**

Dated:    New York, New York
            December 13, 2023

                                            _____
                                                 John G. Koeltl
                                          United States District Judge